**8**

JACOB L. EATON, CSB NO. 244834
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Fax: (661) 326-0418
Email: jeaton@kleinlaw.com

Attorneys for Debtor-in-Possession

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>ATKINS SPECIALTY SERVICES, INC.<br><br>Debtor-in-Possession. | Case No.: 17 -10337-A-11<br><br>Chapter 11<br><br>DCN: KDG-4<br><br>**EXHIBITS IN SUPPORT OF DEBTOR'S MOTION FOR ORDER AUTHORIZING SALE OF PERSONAL PROPERTY AND TO PAY SECURED CREDITOR**<br><br>Date: April 12, 2017<br>Time: 1:30 P.M.<br>Place: United States Bankruptcy Court<br>2500 Tulare Street, Fifth Floor<br>Courtroom 11, Department A<br>Fresno, California Judge<br>Judge: Honorable Fredrick E. Clement |

| EXHIBIT | DOCUMENT | PAGE(S) |
|---|---|---|
| "A" | Description of Vehicles | 2 |
| "B" | NADA Valuations | 3-8 |

Dated: March 22, 2017

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By: /s/ Jacob L. Eaton
JACOB L. EATON, ESQ.
Attorneys for Debtor-in-Possession

| EXHIBIT A | | | |
|---|---|---|---|
| **DESCRIPTION** | **SCHEDULED VALUE** | **SECURED CLAIMANT** | **MINIMUM SALES AMOUNT** |
| 1999 Ford F250<br>VIN:<br>1FTNX201XXEA10510 | $2,275.00 | Fresno CDFI | $2,000.00 |
| 2005 Ford<br>F250<br>VIN:<br>1FTSX20515ED33149 | $6,375.00 | Fresno CDFI | $4,000.00 |
| 2004 Ford<br>F250<br>VIN:<br>1FTNX21P74EC62356 | $9,075.00 | Fresno CDFI | $6,500.00 |
| 2008 Ford<br>F250 SD<br>VIN:<br>1FTNF20598EA87063 | $5,750.00 | Fresno CDFI | $5,750.00 |
| 1992 Jaguar XJS<br>VIN:<br>SAJN4845NC182157 | $18,000.00 | None | $18,000.00 |

# NADAguides Price Report

1/3/2017

## 1999 Ford F250 Pickup-3/4 Ton-V8

### Styleside Supercab XL

## Values

| | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| **Base Price** | **$1,400** | **$2,175** | **$2,825** | **$4,850** |
| **Mileage (155,000)** | **$100** | **$100** | **$100** | **$100** |
| **Total Base Price** | **$1,500** | **$2,275** | **$2,925** | **$4,950** |
| **Options:** | | | | |
| **Price with Options** | **$1,500** | **$2,275** | **$2,925** | **$4,950** |

**Rough Trade-In** - Rough Trade-In values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In** - The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In** - Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail** - Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition. Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.

© Copyright 2017 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2017, all rights reserved.

Exhibit B

Page 3

Case 17-10327 Filed 03/22/17 Doc 44

# NADAguides Price Report

1/3/2017

# 2005 Ford F250 Super Duty Pickup-3/4 Ton-V8

## Supercab XLT 2WD

## Values

| | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| **Base Price** | **$5,250** | **$6,425** | **$7,400** | **$10,125** |
| **Mileage (160,000)** | **-$175** | **-$175** | **-$175** | **-$175** |
| **Total Base Price** | **$5,075** | **$6,250** | **$7,225** | **$9,950** |
| **Options:** | | | | |
| Towing/Camper Pkg | $125 | $125 | $125 | $150 |
| **Price with Options** | **$5,200** | **$6,375** | **$7,350** | **$10,100** |

**Rough Trade-In** - Rough Trade-in values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In** - The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In** - Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail** - Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition. Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.

© Copyright 2017 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2017, all rights reserved.

**Exhibit** B

**Page** 4

# NADAguides Price Report

1/3/2017

# 2004 Ford F250 Super Duty Pickup-3/4 Ton-V8

## Supercab XLT 4WD

## Values

| | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| **Base Price** | **$5,675** | **$6,875** | **$7,875** | **$10,650** |
| **Mileage (220,000)** | **-$725** | **-$725** | **-$725** | **-$725** |
| **Total Base Price** | **$4,950** | **$6,150** | **$7,150** | **$9,925** |
| **Options:** | | | | |
| Towing/Camper Pkg | $125 | $125 | $125 | $150 |
| 6.0L Turbo Diesel Engine | $2,800 | $2,800 | $2,800 | $3,125 |
| **Price with Options** | **$7,875** | **$9,075** | **$10,075** | **$13,200** |

**Rough Trade-In** - Rough Trade-in values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In** - The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In** - Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail** - Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition. Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.

© Copyright 2017 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2017, all rights reserved.

Exhibit B

Page 5

Case 17-10337 Filed 03/22/17 Doc 44

# NADAguides Price Report

1/3/2017

# 2008 Ford F250 Super Duty Pickup-3/4 Ton-V8

## Regular Cab XL 2WD

## Values

| | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| **Base Price** | **$5,100** | **$6,275** | **$7,250** | **$9,850** |
| **Mileage (140,000)** | **-$700** | **-$700** | **-$700** | **-$700** |
| **Total Base Price** | **$4,400** | **$5,575** | **$6,550** | **$9,150** |
| **Options:** | | | | |
| Towing/Camper Pkg | $175 | $175 | $175 | $200 |
| **Price with Options** | **$4,575** | **$5,750** | **$6,725** | **$9,350** |

**Rough Trade-In** - Rough Trade-in values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In** - The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In** - Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail** - Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition. Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.

© Copyright 2017 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2017, all rights reserved.

**Exhibit** B

**Page** 6




# 1992 Jaguar XJS

2 Door Convertible

Research another classic car

Values | Special Notes

Values

## Values

Print

| | Original MSRP | Low Retail | Average Retail | High Retail |
|---|---|---|---|---|
| **Base Price** | **$67,500** | **$7,925** | **$16,600** | **$22,500** |
| **TOTAL PRICE:** | **$67,500** | **$7,925** | **$16,600** | **$22,500** |

**Protect your 1992 Jaguar XJS with specialized insurance. Click here for a free quote now!**




### Search Local Listings

We found **1** Jaguar listings within **100** miles of your zip code.

*Powered by AutoTrader.com* Submit



Black XJS with 79,500 miles

View All

### Vehicle History Report

Get answers to buy with confidence.

- Check for accidents
- Confirm the reported mileage
- Get unlimited reports

Check to see if your VIN has reported events.

Enter VIN (optional) Submit

Powered by AutoCheck

### Classic Car Insurance

A specialized policy at a lower rate

*Powered by*

Submit

### Sell your Classic Car

Whatever your wheels, we keep it rolling out the door

*Powered by*

Submit

### Classic Car Resources

Classic Car Insurance - specialized protection at a reasonable price

Buy a classic car price guide

List your car now on AutoTrader.com

Classic Car Loans: Simple and secure process

Search classic car listings within your area

Next: Special Notes

**Value Type Definitions**

**Original MSRP**
Manufacturer Suggested Retail Price

**Low Retail Value**
This vehicle would be in mechanically functional condition, needing only minor reconditioning. The exterior paint, trim and interior would show normal wear, needing only minor reconditioning. May also be a deteriorated restoration or a very poor amateur restoration. Mostly usable "as-is". This column does not represent a "parts car".

**Note: Some of the vehicles in this publication could be considered "Daily Drivers" and are not valued as a**

Exhibit B

Page 7

**classic vehicle. When determining a value for a daily driver, it is recommended that the subscriber use the low retail value.**

**Average Retail Value**
This vehicle would be in good condition overall. It could be an older restoration or a well-maintained original vehicle. Completely operable. The exterior paint, trim and mechanics are presentable and serviceable inside and out. A "20-footer".

**High Retail Value**
This vehicle would be in excellent condition overall. It could be a completely restored or an extremely well-maintained original vehicle showing very minimal wear. The exterior paint, trim and mechanics are not in need of reconditioning. The interior would be in excellent condition. Some vehicles may be considered "matching numbers" vehicles.

**Note:** This column does **not** represent a "100 Point" or "# 1" vehicle*.

* A "100 Point" or "# 1" vehicle is not driven. It would generally be in a museum or transported in an enclosed trailer to concours judging and car shows. This type of car would be stored in a climate regulated facility.

Note: Vehicles/Vessels in exceptional condition can be worth a significantly higher value than the Average Retail Price shown.



© Copyright 2017 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2017, all rights reserved.

Exhibit B
Page 8